**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 150 MAL 2018

              Respondent     :

                                        :   Petition for Allowance of Appeal from
                                        :   the Order of the Superior Court

              v.                   :

                                          :

JERMAINE DALTON CROSLEY,     :

                                        :

              Petitioner     :


## ORDER


**PER CURIAM**

      **AND NOW**, this 3rd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.